## GROCHOWIAK *v.* PENNSYLVANIA.

No. 166.   Decided October 13, 1958.

*John W. Keller* and *Mitchell Salem Fisher* for appellant.

*Thomas D. McBride,* Attorney General of Pennsylvania, *Frank P. Lawley, Jr.* and *Harry J. Rubin,* Deputy Attorneys General, and *George C. Eppinger* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## MARANZE *v.* MONTGOMERY COUNTY BOARD OF ELECTIONS ET AL.

No. 144, Misc.   Decided October 13, 1958.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.